CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN - 3 2008
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL EDWARDS HANKINS, ) | |
| Petitioner, ) | Civil Action No. 7:07CV00485 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| CAROLE WALLACE, WARDEN OF ) | |
| THE LUNENBURG CORRECTIONAL ) | |
| CENTER, ) | By: Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED** and Hankins' petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to petitioner and to counsel of record for respondent.

ENTER: This 3rd day of January, 2008.

Senior United States District Judge